# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT S. KAHN,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF ORANGE, *et al.*,<br><br>    Defendants. | Case No. SA CV 16-0794 CAS (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, Defendants' Motion for Summary Judgment ("Motion"), the Magistrate Judge's Report and Recommendation, and the remaining record. No objections to the Report and Recommendation have been filed.

As such, the Court accepts the Magistrate Judge's Report and Recommendation, but notes one clarification: because the Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims, such claims shall be dismissed without prejudice. *See Carnegie-Mellon Univ. v. Cohill*, 484 U.S. 343, 350 (1988) ("[W]hen the federal-law claims have dropped out of the lawsuit in its early stages and only state law claims remain, the federal court should decline the exercise of jurisdiction by dismissing the case without prejudice.").

1

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation, with the aforementioned clarification, is approved and accepted;
2. The Motion is granted;
3. Judgment be entered dismissing this action with prejudice as to Plaintiff's federal claims and dismissing Plaintiff's state law claims without prejudice; and
4. The Clerk serve copies of this Order and the Judgment on the parties.

DATED: April 5, 2018

*Christina A. Snyder*

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE