JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT S. KAHN, | Case No. SA CV 16-0794 CAS (JCG) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITY OF ORANGE, *et al.*, | |
| Defendants. | |

IT IS ADJUDGED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation and the Order Accepting the Magistrate Judge's Report and Recommendation, the above-captioned action is **DISMISSED** as follows:

1. Plaintiff's federal claims are **DISMISSED WITH PREJUDICE.**

2. The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims, and they are **DISMISSED WITHOUT PREJUDICE.**

DATED: April 5, 2018

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE